UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SANJAY SOOKUL, on behalf of himself and all others similarly situated,,

      Plaintiff,

-against-

GYMREAPERS LLC,

      Defendant.

23-CV-6295 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

  In light of the fact that Defendant has not answered or otherwise made an appearance in this action, IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **December 19, 2023**. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated: November 30, 2023
    New York, New York

                SO ORDERED.

                *Jessica Clarke*

                JESSICA G. L. CLARKE
                United States District Judge